```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Steven J. Roy

    v.                                     Case No. 18-cv-817-JL

NH Department of Corrections, et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 24, 2018.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: November 16, 2018

cc:   Steven J. Roy, pro se
       Michael Cheney, pro se
       Kevin Laurent, pro se
       Matthew L. Tsopas
       Daniel T. Rainville, pro se
       Jason R. Nolan, pro se