UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE


Steven J. Roy

     v.                                    Case No. 18-cv-817-JL

NH Department of Corrections,
Commissioner, et al.


                              ORDER

     After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 24, 2019.

     **SO ORDERED.**

                                      _____
                                      Joseph N. Laplante
                                      United States District Judge

Date: May 9, 2019