```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Steven J. Roy

    v.                        Case No. 18-cv-00817-JL

NH Department of Corrections,
Commissioner et al

                              ORDER

   No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 23, 2020 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                   /s/ Joe Laplante
                                   _____
                                   Joseph N. Laplante
                                   United States District Judge

Date: February 13, 2020

Cc: Steven J. Roy, pro se
    Anthony Galdieri, Esq.
    Jonathan A. Lax, Esq.
    Christina M. Wilson, Esq.