UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven J. Roy

    v.                                                Case No. 18-cv-817-JL

NH Department of Corrections,
Commissioner, et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 15, 2021.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: April 15, 2021

cc:    Steven J. Roy, pro se
        Anthony Galdier, Esq.
        Christina M. Wilson, Esq.
        Jonathan A. Lax, Esq.